**FILED**
**10/21/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

Andrew Lee Barnett JR.

vs

(Full name of defendant(s))

Sgt. IVY, In his individual capacity,
and the following names

Case Number:

2:24-cv-00506-MPB-MJD
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana**, and is located at
   (State)

   **WVCF 6908 s. old US Hwy 41 Carlisle, IN 47838**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Sgt. IVY, In his individual capacity and following**
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of Indiana
(State, if known)

and (if a person) resides at 6908 S. Old US Hwy 41 - Carlisle, IN 47838
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for IDOC/WVCF - 6908 s. old us Hwy 41 - Carlisle, IN 47838
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This is a civil rights action filed by Andrew Barnett, A state prisoner for damages under 42USC§1983 alleging cruel and unusal punishment in violation of the Eighth Amendment to the united states constitution, And Racial Discrimination. In violation of the Fourteenth Amendment to the united States constitution. Defendants, while acting under color of state law as employees of the I.D.O.C at Wabash Valley Correctional Facility. Name: Ivy (first names unknown), as Sgt. of W.V.C.F, Woosley, as Frank House Case manager of W.V.C.F. DR. Bonner, Mental Health Doctor of W.V.C.F. S. Critchfield, Grievance Specialist of W.V.C.F, DR. Kelly, Mental Health Doctor of W.V.C.F. Statement of Jurisdiction over this action exist in the

U.S District court For the Southern District of Indiana 1. Plaintiff is incarcerated in the Wabash Valley Correctional Facility, In Sullivan County. 2. The court has jurisdiction over plaintiffs claims of violations of federal constitutional rights under 28 U.S.C § 1331. Cause of Action 1. The Plaintiffs Eighth Amendment right were violated by Defendants, IVY and Woosley when they were alerted to the fact that plaintiffs health and safty was at risk of physical harm and failed to act to protect plaintiff from physical battery resulting in serious bodily injuries. See Exhibit #3, See also Exhibit #3-1. 2. 10-25-2022 DR. Kelly and DR. Bonner were alerted to the fact that the plaintiffs health and safty was at risk of physical harm and failed to act to protect plaintiff from physical battery resulting in serious bodily injuries. The plaintiff Eight Amendment rights were violated by Defendants when they kept plaintiff in a unsafe condition with a person well known to be aggressive and violent. See Exhibit #2, See Exhibit #3, See Exhibit #1 The plaintiffs Fourteenth Amendment Rights To equal protection clause were violated when Defendants discriminated against plaintiff by keeping plaintiff in a unsafe condition with the risk of injury when Inmates of opposite color and/or race are removed from same situations right away, showing a denial of the equal protection of the law and callous disregard for plaintiffs safty base upon his color.

Complaint - 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

To the Plaintiff upon trial by Jury and against each named defendant in his/her individual capacity

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
    OR

☐ Court Trial – I want a judge to hear my case

Dated this 15th day of October, 2024.

Respectfully Submitted,

*Am Ba* (signature)
Signature of Plaintiff

242004
Plaintiff's Prisoner ID Number

6908 S. Old US HWY 41

Carlisle, IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

## V. STATEMENT OF FACTS

1. At the end of September Plaintiff (Andrew Barrett) started to notice his cell mate Jermey Dale getting very frustrated and aggressive, due to the fact of his mother being sick.

2. At this point Plaintiff spoke to Frank House Sargent, Defendent Ivy, reguarding the issue with Dale and the violent outbursts from him. Plaintiff requested Defendent Ivy to remove him from the unsafe situation. Cell (117) The Plaintiff feared that Dale would find a way to take his frustrations out on Plaintiff. See Exhibit #3

3. Defendent Ivy ask Plaintiff if he would like him to speak with Dale, about the loud music. Plaintiff stated no because it would just make the situation worse, and do no good. Plaintiff requested to just be removed from the situation and placed in another cell to focus on his RWI Treatment Plan. Defendant Ivy stated he would look into it and left w/o anything being done about the situation

4. Plaintiff spoke to Defendant Ivy once more reguarding being in a very harmful situation do to Jermey Dale being very violent and aggressive and ask to be moved from the on going situation. Defendant Ivy said to put a bed move slip in, to the Case Worker Defendant Woosley of Frank House, which Plaintiff did. See exhibit #1.

Case 2:24-cv-00506-MPB-MJD    Document 2    Filed 10/21/24    Page 7 of 9 PageID #: 8

5. On 10-15-2022 Plaintiff sent Request to Frank House case worker Defendant Woosley asking to be Moved away from the on going situation with Jermey Dale, letting her know there were two cells with open bunks, cell (105)+(106) and Defendant Woosley refused to remove Plaintiff from the harmful situation. See Exhibit #2

6. When there are white inmates that don't get along with there cell mate, Defendant Woosley or one of the Sargents Move them right away. This was not done for plaintiff.

7. On 10-25-2022 Plaintiff spoke to Defendants DR. Kelly and DR. Bonner, reguarding the violent situation Plaintiff was in due to the outbursts and tendency of attacking without cause and requested for there help and see about getting Plaintiff removed from that dangerous situation before something happend to Plaintiff.

8. Plaintiff had put in another request for bed move and Defendant Woosley denied the move. See Id.

9. Days later Plaintiff was outside during recreation and saw Defendant woosley. Plaintiff requested to be moved to another cell, not once but several time due to the dangerous situation. Defendant Woosley Response (YEAH, I bet) and walked away from me/plaintiff

10. Plaintiff alerted defendant S. Chrichfield to the situation, yet plaintiff written cry for help fell on deaf ears. See exhibit #3-1

11. On 11-5-2022 plaintiff notice Jermey Dale was pacing back and foward, Talking to himself, saying things Plaintiff never heard with the music playing really loud. I, Plaintiff asked Dale to please turn the music down since it was late. Dale complained about it for over an hour and would not turn the music down. There isn't an emergicy botton so Plaintiff got off his bunk/bed and stood at the door to wait for correctional officer to walk by the cell to get Plaintiff out the situation.

12. All a sudden Jermey Dale slamed plaintiff on the back on the head sending plaintiff face first to a metal door knocking plaintiff out. Dale continued assulting Plaintiff because, later when plaintiff regained consciousness, Plaintiff was severely injured, sustaining injuries to his face and having had 3 teeth knock out.

13. Plaintiff alleges that video footage of Frank House cameras on left sid will show officers had to drag plaintiff out of the cell unconscious and take Plaintiff to St. Vincent Hospital in Indy on 11-5-2022 some time after 10pm

14. Plaintiff suffered fracture eye socket had loss 3 Teeth, and a large cut under left eye. Plaintiff had to stay in the hospital for a few days because of the injurys suffered in the attack by Dale

15. Plaintiff alleges his suit is not tim-barred due to the continuing harm doctrine, and because the plaintiff is filling this complaint within Indiana's 2-year statute of limitations, never the less,